| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| COUNTY OF CLEVELAND | CASE NO. 22-CVS-271 |

SUZAN MCKINNEY PARRIS )
As Guardian Ad Litem for D.P., a minor, )
                                            )
     Plaintiff, )   **NOTICE TO STATE COURT OF**
                                            )   **REMOVAL OF CIVIL ACTION**
v. )
                                            )
CLEVELAND COUNTY BOARD OF )
EDUCATION, MARK PATRICK, in his )
individual capacity, LATOSA WILBURN, in )
her individual capacity, )
                                            )
     Defendants. )
                                            )

       Defendant Mark Patrick hereby gives notice that this matter has been removed to the United States District Court for the Western District as authorized by 28 U.S.C. §§ 1331, 1441 and 1446. Defendant's Notice of Removal of this action is based upon federal question jurisdiction. A copy of the Notice of Removal is filed with the Clerk of Court of the United States District Court for the Western District of North Carolina, in accordance with the provisions of 28 U.S.C. § 1446(d), and a copy has been served upon Plaintiff in this matter.

                                    [signature block on following page]

This the 22nd day of April, 2022.

                    **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: */s/ Megan Silver*
J. Matthew Little
NC State Bar No: 20032
Megan N. Silver
NC State Bar No. 40070
PO Box 19207
Raleigh, NC 27619-9207
Telephone: (919) 873-0166
Facsimile: (919) 873-1814
mlittle@teaguecampbell.com
msilver@teaguecampbell.com
***Attorney for Defendants Latosa Wilbourn and Mark Patrick***

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served this **Notice to State Court of Removal of Civil Action** in the above-entitled action upon all other parties to this cause by depositing a copy hereof, postage paid, in the United States mail, addressed to said parties as follows:

F. William DeVore, IV
Brittany N. Conner
DeVore Acton & Sanford, PA
438 Queens Road
Charlotte, NC 28207
*Attorneys for Plaintiff*
wdevore@devact.com
brittany@devact.com

K. Dean Shatley, II
Ashley Leonard
Campbell Shatley, PLLC
674 Merrimon Avenue, Suite 210
Asheville, NC 28804
*Attorneys for Cleveland County Board of Education*
dean@csedlaw.com
ashley@csedlaw.com

This the 22nd day of April, 2022.

                              TEAGUE CAMPBELL DENNIS & GORHAM, LLP

BY: /s/ Megan Silver
Megan N. Silver
*Attorney for Defendants Latosa Wilbourn and Mark Patrick*